HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

In the Settlement/Guardianship of:

S.S., P.S. G.S. and L.S.,

    Minors,

v.

LONNIE SAMMARIPA and JANINE SAMMARIPA, husband and wife,

    Plaintiffs,

v.

GROUP HEALTH COOPERATIVE, a Washington corporation

    Defendant.

Case No.: CV-06-3016-LRS

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO REMAND TO STATE COURT

THIS MATTER having come before the Court on parties' Stipulated Motion to Remand to State Court, the Court having reviewed the motion and the records and file herein, and the Court finding that good cause for granting the motion has been shown,

IT IS HEREBY ORDERED that the Stipulated Motion to Remand to state court is

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO REMAND TO STATE COURT - CV-06-3016-LRS
07042-060 \ 219942.doc
-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  GRANTED. This matter is hereby remanded to the Yakima County Superior Court.

2

3  DATED this __16th__ day of __May__, 2006.

4

5                                                    s/Lonny R. Suko
                                                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                     Honorable Lonny R. Suko

6

7

8

9
    Presented by:
10
    STOKES LAWRENCE, P.S.
11

12
    By: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
13      Michael McGinn (WSBA #22431)
        Shelley M. Hall (WSBA #28586)
14      Carl J. Marquardt (WSBA #23257)
    Attorneys for Defendant Group Health Cooperative
15

16
    Approved as to form; Notice of presentation waived:
17
    HURLEY & LARA
18

19
    By: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
20      Victor H. Lara (WSBA #13017)
    Attorneys for Minors and Plaintiffs
21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO REMAND                STOKES LAWRENCE, P.S.
TO STATE COURT - CV-06-3016-LRS                                      800 FIFTH AVENUE, SUITE 4000
                                                                     SEATTLE, WASHINGTON 98104-3179
07042-060 \ 219942.doc                        -2-                    (206) 626-6000